IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 cr 25-3

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JORGE ALBERTO BERNAL. | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion for Funds for Interpreter (#41). It appears to the undersigned that good cause has been shown for the granting of such motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Motion for Funds for Interpreter (#41) is **ALLOWED.**

Signed: August 5, 2013

Dennis L. Howell
United States Magistrate Judge