UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13CR25

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JORGE ALBERTO BERNAL, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is Motion to Adopt Motions of Co-Defendants [# 45]. Defendant Bernal moves to adopt the Motion to Suppress [# 27] filed by Defendant Beltran. The Government does not oppose the motion. Upon a review of the record in this case, the Court **GRANTS** the motion [# 45]. Defendant Bernal may adopt the Motion the Suppress filed by Defendant Beltran.

Signed: September 25, 2013

Dennis L. Howell
United States Magistrate Judge